United States District Court
Southern District of Texas
**ENTERED**
February 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OSCAR GERMAN, | § | |
| Plaintiff, | § § § | |
| V. | § | CIVIL ACTION NO. 4:20-cv-3830 |
| ELEMENTIA USA LLC, | § § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Joint Stipulation of Dismissal with Prejudice came for consideration by the Court.

IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiff's claims and causes of action against the Defendant are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all attorneys' fees and costs of Court are to be borne by the parties incurring the same.

SIGNED THIS 17th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE